UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL R. GOINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-657-DCP |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Deputy Commissioner for Operations, ) | |
| performing the duties and functions not ) | |
| reserved to the Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 23**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 25**] is **GRANTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

ENTER:

Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
 s/ *John L. Medearis*
 CLERK OF COURT